[No. 22281-3-I. Division One. October 15, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS RANDALL PIERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 87–1–03620–7, Shannon Wetherall, J., entered May 13, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Scholfield and Baker, JJ.